### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**CASIE MEYER**                                                                **PLAINTIFF**

**v.**                                                        **CAUSE NO. 1:13CV444-LG-JCG**

**ACCREDITED COLLECTION AGENCY INC.,**
**ET AL.**                                                                **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Order Granting Motion for Default Judgment and Attorney's Fees entered herewith this date,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered against Defendant Jeff Winters and in favor of Plaintiff Casie Meyer in the amount of $8,542.50, plus post-judgment interest at the currently prescribed federal rate from the date of judgment until paid in full.  This amount is calculated as follows: statutory damages in the amount of $1,000.00, actual damages in the amount of $3,000.00, and attorney's fees in the amount of $4,542.50.

**IT IS FURTHER ORDERED AND ADJUDGED** that of the $8,542.50 amount awarded, Defendant Accredited Collection Agency, Inc. is jointly and severally liable with Defendant Winters in the amount of $7,845.85.

**SO ORDERED AND ADJUDGED** this the 1st day of June, 2016.

_s/ Louis Guirola, Jr._
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE